**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **JEFFREY WINCHESTER, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 8:08-cv-03445-RWT |
| ) | |
| **OURISMAN IMPORTS, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## NOTICE OF CORRECTION

Defendants' Opposition to Plaintiffs' Motion for Leave to File First Amended Complaint was served via the Court's CM/ECF Filing System on August 24, 2009, as opposed to July 16, 2009 as incorrectly indicated in the Certificate of Service.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Brad D. Weiss (Bar No. 09155)
　　　　　　　　　　　　　　Kimberly S. MacCumbee (Bar No. 15857)
　　　　　　　　　　　　　　CHARAPP & WEISS, LLP
　　　　　　　　　　　　　　8300 Greensboro Drive, Suite 200
　　　　　　　　　　　　　　McLean, Virginia 22102
　　　　　　　　　　　　　　(703) 564-0220 (office)
　　　　　　　　　　　　　　(703) 564-0221 (facsimile)
　　　　　　　　　　　　　　Brad.Weiss@cwattorneys.com
　　　　　　　　　　　　　　Kimberly.MacCumbee@cwattorneys.com
　　　　　　　　　　　　　　*Counsel for Defendants Ourisman Imports, Inc.*
　　　　　　　　　　　　　　*Abbas Khademi, and Sudip Gupta*