IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **JEFFREY WINCHESTER, ET AL.,** | * | |
| *On behalf of themselves and others similarly situated,* | * | |
|  | * | Case No.: RWT 08cv3445 |
| Plaintiffs, | * | |
| v. | * | |
| **OURISMAN IMPORTS, INC., ET AL.,** | * | |
| Defendants. | * | |
|  | *** | |

# ORDER

Upon consideration of Plaintiffs' Motion for Dismissal of All Claims by Plaintiffs Jamal Harris and Don Jarrett Without Prejudice [Paper No. 64]; Plaintiffs' Joint Stipulation of Settlement and Consent Motion To Approve Settlement of Class Claims and To File Settlement Agreement Under Seal [Paper No. 65]; the Settlement, Release and Confidentiality Agreement [Paper No. 66]; the Supplemental Affidavit [Paper No. 67]; the lack of opposition thereto; and the Settlement Agreement appearing reasonable; it is on this 17th day of February, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiffs' Motion for Dismissal of All Claims by Plaintiffs Jamal Harris and Don Jarrett Without Prejudice [Paper No. 64] is **GRANTED**, and it is further

**ORDERED**, that Plaintiffs' Joint Stipulation of Settlement and Consent Motion To Approve Settlement of Class Claims and To File Settlement Agreement Under Seal [Paper No. 65] is **GRANTED**, and it is further

**ORDERED**, that the Settlement Agreement [Paper No. 66] is **FILED UNDER SEAL** and **APPROVED**, and it is further

**ORDERED**, that the Clerk of the Court close this case.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
